**CGFD74** (06/01/2026)

# United States Bankruptcy Court
**Southern District of Florida**
**www.flsb.uscourts.gov**

**Case Number: 23−20392−CLC**
**Chapter: 13**

**In re:**

Juan Carlos Diaz De Vega
480 E 32 St #1
Hialeah, FL 33013

SSN: xxx−xx−2077

## NOTICE OF REQUIREMENT TO FILE LOCAL FORM "DEBTOR'S CERTIFICATE OF COMPLIANCE, MOTION FOR ISSUANCE OF DISCHARGE AND NOTICE OF DEADLINE TO OBJECT"

**PLEASE TAKE NOTICE:** Under Local Rule 4004−3(a), upon the filing by the trustee of the Notice of Completion of Plan Payments, the debtor is required to file and serve the Local Form "Debtor's Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object" on all parties of record. The trustee filed the notice of completion of plan payments and the debtor has failed to timely file the Local Form "Debtor's Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object."

**NOTICE IS HEREBY GIVEN THAT** the debtor must serve and file the Certificate and Motion within 30 days of the date of this notice or the above case may be closed without entry of a discharge and notice will be provided to all parties of record that the case was closed without entry of a discharge. If the debtor is appearing pro se, the clerk's office will provide notice of this Certificate and Motion to all parties of record after it has been filed with the court. If the case is closed without entry of a discharge and the debtor subsequently moves to reopen the case for the purpose of obtaining a discharge, the debtor will be required to pay a reopening fee and file the Local Form "Debtor's Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object" and serve it (unless the debtor is pro se whereby the clerk shall provide service) as required by Local Rule 4004−3(a).

**Dated:11/9/26**

**CLERK OF COURT**
By: Bianca P Soto
Deputy Clerk

The clerk shall serve a copy of this notice on the Debtor.